```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff,

-against-

EVERSLEY E. BARRETT, doing business as Eversley Tax,

           Defendant.

1:21-cv-06839-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On June 3, 2022, plaintiff, the United States of America filed a letter notifying the Court that the parties had reached an agreed-upon resolution in this matter. [ECF No. 26]. On June 6, 2022, the Court entered a Stipulation and Order of Permanent Injunction that had been agreed upon by both sides. [ECF No. 28]. This Order resolves this action.

Accordingly, the clerk of court respectfully is requested to enter judgment for the Plaintiff and to close this case.

**SO ORDERED.**

**Date: July 20, 2022**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**