**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-against-　　　　　　　　　　　　　　　　　　　21 **CIVIL** 6839 (MKV)

## JUDGMENT

EVERSLEY E. BARRETT, doing business as
Eversley Tax,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 20, 2022, and on June 3, 2022, plaintiff, the United States of America filed a letter notifying the Court that the parties had reached an agreed-upon resolution in this matter. [ECF No. 26]. On June 6, 2022, the Court entered a Stipulation and Order of Permanent Injunction that had been agreed upon by both sides. [ECF No. 28]. Judgment is entered for the Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York

       July 21, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                **BY:**    *K. Mango*

                                                       **Deputy Clerk**